# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING



THIS IS TO CERTIFY THAT **MICHAEL ELLIOTT GINSBERG** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. GINSBERG** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 11, 2002**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued August 16, 2012

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER