**RUSS AUGUST & KABAT**
Marc A. Fenster, State Bar No. 181067
Alexander C.D. Giza, State Bar No. 212327
Adam S. Hoffman, State Bar No. 218740
Andrew D. Weiss, State Bar No. 232974
Fredricka Ung, State Bar No. 253794
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tel   (310) 826-7474
Fax  (310) 826-6991
Email: mfenster@raklaw.com;
Email: agiza@raklaw.com;
Email: ahoffman@raklaw.com;
Email: aweiss@raklaw.com; and
Email: fung@raklaw.com

Attorneys for NEUROGRAFIX,
NEUROGRAPHY INSTITUTE MEDICAL
ASSOCIATES, INC.,
IMAGE-BASED SURGICENTER CORPORATION,
and WASHINGTON RESEARCH FOUNDATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| GENERAL ELECTRIC COMPANY,<br><br>　　　Plaintiff,<br><br>vs.<br><br>NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; IMAGE-BASED SURGICENTER CORPORATION; WASHINGTON RESEARCH FOUNDATION,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:12-cv-04586-MRP-RZ<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>The Honorable Mariana R. Pfaelzer<br>United States District Court Judge |

RUSS, AUGUST & KABAT

RUSS, AUGUST & KABAT

1    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff

2   General Electric Company as well as Defendants Neurografix, Neurography

3   Institute Medical Associates, Inc., Image Based Surgicenter Corp., Washington

4   Research Foundation (collectively "Defendants"), by and through their respective

5   counsel, hereby stipulate to the dismissal with prejudice of all claims and

6   counterclaims in this action.  Each party shall bear its own attorneys' fees and

7   costs.

8

9                                          Respectfully submitted,

10   Dated:  December 14, 2012          **RUSS AUGUST & KABAT**

11                                      By:___*/s/ Marc A. Fenster*___
                                              Marc A. Fenster
12
                                        Attorneys for Defendants
13                                      Neurografix, Neurography Institute
                                        Medical Associates, Inc., Image-Based
14                                      Surgicenter Corporation and
                                        Washington Research Foundation
15

16   Dated:  December 14, 2012          **ARNOLD & PORTER LLP**

17                                      By:___*/s/ Matthew M. Wolf*___
                                              Matthew M. Wolf
18

19                                      Attorneys for
                                        General Electronic Company
20

21

22

23

24

25

26

27

28

                                        2

1 | **CERTIFICATE OF SERVICE**

2 |      The undersigned hereby certifies that all counsel of record who are deemed

3 | to have consented to electronic service are being served with a copy of this

4 | document via the Court's CM/ECF system on December 14, 2012.  Any other

5 | counsel of record will be served via First Class U.S. Mail on this same date.

6 |

7 |      By:   /s/ *Marc A. Fenster*

RUSS, AUGUST & KABAT

JOINT STIPULATION