**RUSS AUGUST & KABAT**
Marc A. Fenster, State Bar No. 181067
Alexander C.D. Giza, State Bar No. 212327
Adam S. Hoffman, State Bar No. 218740
Andrew D. Weiss, State Bar No. 232974
Fredricka Ung, State Bar No. 253794
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tel   (310) 826-7474
Fax  (310) 826-6991
Email: mfenster@raklaw.com;
Email: agiza@raklaw.com;
Email: ahoffman@raklaw.com;
Email: aweiss@raklaw.com; and
Email: fung@raklaw.com

Attorneys for NEUROGRAFIX,
NEUROGRAPHY INSTITUTE MEDICAL
ASSOCIATES, INC.,
IMAGE-BASED SURGICENTER CORPORATION,
and WASHINGTON RESEARCH FOUNDATION

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GENERAL ELECTRIC COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; IMAGE-BASED SURGICENTER CORPORATION; WASHINGTON RESEARCH FOUNDATION,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:12-cv-04586-MRP-RZ<br><br>[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE<br><br>The Honorable Mariana R. Pfaelzer<br>United States District Court Judge |

[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of stipulation of the parties regarding dismissal with prejudice of all claims and counterclaims in *General Electric Company v. NeuroGrafix, et al.*, Case No. 12-CV-04586-MRP.

The Court accordingly ORDERS that the case is dismissed.

IT IS SO ORDERED.

*This is a replacement order for one already signed.*

Dated: February 10, 2013

/s/ Mariana R. Pfaelzer
The Honorable Mariana R. Pfaelzer
U.S. District Judge

RUSS, AUGUST & KABAT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 14, 2012. Any other counsel of record will be served via First Class U.S. Mail on this same date.

By: /s/ *Marc A. Fenster*